IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02006-REB-MJW

BRIANNA WALTERS,

Plaintiff(s),

v.

S & F HOLDINGS LLC, dba "WILLOW RIDGE MANOR,"
GREGORY SARGOWICKI,
JASON SCHUH,
STACIE SCHUH, and
DOES I-X,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Appear by Telephone at the Scheduling Conference (Docket No. 12) is granted.  Plaintiff's counsel, Gregory Wilder, Esq., may appear by telephone for the Scheduling Conference by calling the court at (303) 844-2403 on September 23, 2014, at 1:30 p.m. Mountain Time.

Date: September 8, 2014