IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02006-REB-MJW

BRIANNA WALTERS,

Plaintiff(s),

v.

S & F HOLDINGS LLC, dba "WILLOW RIDGE MANOR,"
GREGORY SARGOWICKI,
JASON SCHUH, and
STACIE SCHUH,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend to Remove the Does, and to Cancel the Scheduled Show-Cause Hearing (Docket No. 32) is granted. Accordingly, it is further

ORDERED that plaintiff is granted leave to amend her Complaint to remove the Does defendants, and the tendered Second Amended Complaint (Docket No. 32-2) is accepted for filing as of the date of this Minute Order.  It is further

ORDERED that the Order to Show Cause (Docket No. 22) and the Show Cause Hearing set on December 16, 2014, at 11:00 a.m. are VACATED.

Date: December 3, 2014