**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02006-REB-MJW

BRIANNA WALTERS,

      Plaintiff,

v.

S & F HOLDINGS LLC, dba "WILLOW RIDGE MANOR,"
GREGORY SARGOWICKI,
JASON SCHUH, and
STACIE SCHUH,

      Defendants.

---

**ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**Blackburn, J.**

      This matter is before me on the **Plaintiff's Motion To Amend and for Partial Summary Judgment** [#36][1] filed April 30, 2015.  The defendants filed responses [#39 & #41], and the plaintiff filed a reply [#42].

      I have jurisdiction over this case under 28 U.S.C. § 1332 (diversity).  In a separate order, I have denied the motion to amend, which is included in the present motion.  I have reviewed the motion for summary judgment, the responses, the reply, and the apposite arguments, authorities, and evidence presented by the parties.  It is apparent that there exist genuine disputes as to material facts that are not appropriate for summary resolution.

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

**THEREFORE, IT IS ORDERED** that the **Plaintiff's Motion To Amend and for Partial Summary Judgment** [#36] filed April 30, 2015, is denied.

Dated August 5, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge