**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02006-REB-MJW

BRIANNA WALTERS,

    Plaintiff,

v.

S&F HOLDINGS, LLC, d/b/a "WILLOW RIDGE MANOR,"
GREGORY SARGOWICKI,
JASON SCHUH,
STACIE SCHUH, and
DOES I-X

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion To Dismiss Jason Schuh and Stacie Schuh Contingent on Them Not Being Designated as Non-Parties at Fault** [#71][1] filed August 19, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that the claims of plaintiff against defendants, Jason Schuh and Stacie Schuh, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Jason Schuh and Stacie Schuh Contingent on Them Not Being Designated as Non-Parties at Fault** is granted;

2. That the claims of plaintiff against defendants, Jason Schuh and Stacie Schuh,

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

are dismissed without prejudice; and

      3. That defendants, Jason Schuh and Stacie Schuh, are dropped as parties to this action, and the caption shall be amended accordingly.

Dated August 20, 2015, at Denver, Colorado.

                        **BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge