**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-02006-REB-MJW

BRIANNA WALTERS,

    Plaintiffs,

v.

S&F HOLDINGS, LLC, d/b/a "WILLOW RIDGE MANOR," and
GREGORY SARGOWICKI,

    Defendants.

**ORDER APPROVING JUROR QUESTIONNAIRE**

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated August 27, 2015, at Denver, Colorado.

                               **BY THE COURT:**

                               */s/ Robert E. Blackburn*
                               Robert E. Blackburn
                               United States District Judge