# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02006-REB-MJW

BRIANNA WALTERS,

      Plaintiff,

v.

S&F HOLDINGS, LLC, d/b/a Willow Ridge Manor, and
GREGORY SARGOWICKI,

      Defendants.

## FINAL JUDGMENT

This action was tried before a jury of nine sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury has rendered unanimous verdicts.  In accordance with the verdicts of the jury, the orders filed during pendency of this case, and the court-approved stipulation of the parties, under Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

**THEREFORE, IT IS ORDERED** as follows:

1. That as prescribed under Federal Rules of Civil Procedure 58 and pursuant to the court-approved stipulation of the parties, judgment shall enter for the plaintiff, Brianna Walters, against the defendants, S&F Holdings, LLC d/b/a Willow Ridge Manor and Gregory Sargowicki, in the stipulated amount of $50,000.00; and

2. That pursuant to the court-approved stipulation of the parties, each party shall pay its attorney fees and costs.

DATED at Denver, Colorado, this 8th  day of September 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
     Kathleen Finney
     Deputy Clerk

APPROVED BY THE COURT:

Robert E. Blackburn
United States District Judge